UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**   'O'

| Case No. | 2:23-cv-00499-CAS-MBK | Date | October 24, 2025 |
|---|---|---|---|
| Title | United States of America et al v. David Uhler et al | | |

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

N/A                                                                  N/A

**Proceedings:** (IN CHAMBERS) – ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS DEFENDANTS UHLER AND GRAY (Dkt. 61, filed October 22, 2025)

On October 22, 2025, plaintiff Relator LLC ("Relator") and defendants David Uhler and Celeste Gray filed a stipulation of voluntary dismissal of the above captioned action against defendants Uhler and Gray. Dkt. 61 (the "stipulation").

The Court, having considered the stipulation and finding good cause hereby GRANTS the stipulation and ORDERS as follows:

1. Defendants Uhler and Gray are hereby dismissed with prejudice as to Relator.

2. Defendants Uhler and Gray are hereby dismissed without prejudice as to the United States.

The stipulation and this order do not dismiss the action against defendant San Luis Obispo Golf and Country Club.

IT IS SO ORDERED.

Initials of preparer     cj