**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff,<br><br>ex rel. **AMERICAN TAXPAYERS FIGHTING FRAUD LLC (f/k/a RELATOR LLC)**, a California limited liability company,<br>Relator,<br><br>v.<br><br>**SAN LUIS OBISPO GOLF AND COUNTRY CLUB**, a California corporation,<br><br>Defendant. | Case No.: 2:23-cv-00499-CAS-MBKx<br><br>**ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Assigned to: The Honorable Christina A. Snyder<br><br>Complaint Filed: January 23, 2023 |

Having considered the parties' Joint Stipulation to Continue the Hearing Date on Defendant's Motion for Summary Judgment, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The hearing on Defendant's Motion for Summary Judgment, previously scheduled for July 27, 2026, is continued to **August 10, 2026**, at **10:00 a.m.**,

by Zoom. Zoom Webinar Information can be found on the Court's Website, under Judge Snyder's Procedures and Schedules.

2. Plaintiff's opposition brief will be due **July 13, 2026,** and Defendant's reply brief will be due **July 24, 2026**.

**IT IS SO ORDERED.**

Dated: July 6, 2026

Christina A. Snyder

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE